No. 78–5471. PYNES v. UNITED STATES. Ct. App. D. C. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Whalen* v. *United States,* 445 U. S. 684 (1980).

No. 78–6276. VIDAL v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Payton* v. *New York,* 445 U. S. 573 (1980).

No. 78–6839. GORDON v. NEW YORK. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Motion of petitioner for leave to proceed *in forma pauperis* and certiorari granted. Judgment vacated and case remanded for further consideration in light of *Payton* v. *New York,* 445 U. S. 573 (1980).

No. 79–326. UNITED STATES v. DUNCAN ET AL. Ct. Cl. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Mitchell,* 445 U. S. 535 (1980).

No. 79–620. SALA v. COUNTY OF SUFFOLK. C. A. 2d Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Owen* v. *City of Independence,* 445 U. S. 622 (1980).